# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

ANDRE BUCK,

        Petitioner,     :    Case No. 1:19-cv-170

- vs -     District Judge Susan J. Dlott
    Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
 Institution,

    :

        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above case is hereby transferred from Magistrate Judge Stephanie L. Bowman to Magistrate Judge Michael R. Merz.

May 13, 2020.

                              s/ *Michael R. Merz*
                              United States Magistrate Judge